Jeanette Mitchell, appellant, v. Peter Barkules, appellee. Gen. No. 36,320.

Opinion filed October 25, 1933.

Adams & Adams, for appellant; J. Thompson White, of counsel. Herman L. Epstein, for appellee; Milton M. Adelman, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

The People of the State of Illinois ex rel. Nelson, complainant, v. Northwestern Trust and Savings Bank, defendant, on appeal of Julius Fafinski, appellant, v. David E. Shanahan, receiver of Northwestern Trust and Savings Bank, appellee. Gen. No. 36,348.

Opinion filed October 25, 1933.

Charles J. Main and Sydney R. Drebin, for appellant. Louis J. Behan and William J. Corrigan, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Mary Krafcisin, appellant, v. Walter E. Heller and Company, Inc., et al., appellee. Gen. No. 36,357.

Opinion filed October 25, 1933.

Louis Greenberg and George M. Tearney, for appellant. Chavin & Quadow, for appellee; Arthur Quadow, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

John J. Pinta and Anna Pinta, appellees, v. Joseph Kral et al., appellants. Gen. No. 36,375.

Opinion filed October 25, 1933. Rehearing denied November 7, 1933.

Charles A. Churan, for appellants. Hortsman, Linder, Pelnar & Bernard, for appellees.

Mr. Justice Hebel delivered the opinion of the court.